IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
ALEXANDER CITY

RECEIVED

2007 MAR 12  A 10: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

| LACRESHA CALDWELL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. CV-07-03 |
| OLD MUTUAL FINANCIAL NETWORK, a foreign corporation | ) |
| Defendant. | ) |

3:07 CV 218 -WKW

## NOTICE OF REMOVAL TO CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

TO:   HON. FRANK LUCAS, CLERK
   CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
   TALLAPOOSA COUNTY COURTHOUSE
   ALEXANDER CITY, ALABAMA

There is hereby filed with you a copy of the Notice of Removal of OLD MUTUAL FINANCIAL NETWORK, in the above-styled case, *Lacresha Caldwell v. Old Mutual Financial Network*, Civil Action No. CV-07-03, to remove that action to the United States District Court for the Middle District of Alabama. The Notice of Removal was filed in the United States District Court for the Middle District of Alabama on the 12th day of March, 2007.

Written notice of the filing of said Notice of Removal was given to the Plaintiff Lacresha Caldwell, by and through counsel Tom Radney, Esquire, by service effective March 9, 2007, and you are hereby notified that the filing of a copy of the aforesaid Notice with you as Clerk of the Circuit Court of Tallapoosa County, Alabama effects removal of this cause to the United States District Court for the Middle District of Alabama.

Respectfully submitted,

_____
FORREST S. LATTA                    (LAT008)
LERONNE RIDDICK-SEALS     (RID008)
Attorneys for Defendant
Old Mutual Financial Network

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, AL 36616
Telephone:    (251) 344-5151
Facsimile:     (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of March 2007, served a copy of the foregoing upon the following counsel by placing same in the United States mail, properly addressed and first class postage prepaid:

_____

COUNSEL OF RECORD:

Tom Radney, Esquire
Radney & Radney
Post Office Box 819
Alexander City, AL 35011-0819