IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LACRESHA CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:07cv218 |
| | ) | **Removed from Circuit Court of** |
| OLD MUTUAL FINANCIAL | ) | **Tallapoosa County** |
| NETWORK, | ) | **CV-2007-000003** |
| | ) | |
| Defendant. | ) | |

RECEIVED
2007 MAR 12 A 10: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## ANSWER

COMES NOW, the Defendant, OLD MUTUAL FINANCIAL NETWORK ("Old Mutual") through its undersigned counsel and answers the allegations of the Plaintiff's Complaint as follows:

1. Admitted upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Old Mutual is without sufficient information to either admit or deny the allegations of this paragraph and therefore denies the same and demands strict proof thereof.

6. Old Mutual admits that Plaintiff made a claim under said policy but denies that Plaintiff was entitled to benefits under the terms of the policy.

## AFFIRMATIVE DEFENSES

1. Old Mutual denies any allegations contained in the preamble, prayer, or in any other parts of the Complaint that are not specifically admitted or otherwise controverted and demands strict proof thereof.

2. Plaintiff's claims are barred as they are subject to mandatory arbitration.

3. Plaintiff's complaint fails to state a claim for which relief can be granted.

4. Plaintiff's complaint fails for insufficiency of service of process.

5. Plaintiff's complaint fails for insufficiency of process.

6. Plaintiff's complaint fails due to improper venue.

7. Plaintiff's complaint fails due to lack of personal jurisdiction.

8. Plaintiff's claims are barred because of the absence of a duty

9. Plaintiff's claims are barred for failure to exhaust all administrative remedies.

10. Plaintiff's claims are barred due to failure of condition precedent.

11. Plaintiff's claims are barred by the doctrine of estoppel.

12. Plaintiff's claims are barred by the defenses of mistake and/or fraud.

13. Plaintiff's claims are barred by the language of the application and/or contract.

14. Plaintiff's claims are barred on grounds that the policy was void *ab initio* due to the applicant's failure to fully disclose information material to the risk.

15. Defendant denies any fault on its part or on the part of any person for whom it bears legal responsibility.

16. Defendant reserves the right to add any and all affirmative defenses which are not at this time apparent but which will be ascertained during the course of discovery.

Respectfully submitted,

_____
FORREST S. LATTA         (LAT008)
fsl@bowronlatta.com
LERONNE RIDDICK-SEALS (RID008)
lrs@bowronlatta.com
Attorneys for Defendant
Old Mutual Financial Network

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, AL 36616
Telephone:   (251) 344-5151
Facsimile:   (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of March 2007, served a copy of the foregoing upon the following counsel by placing same in the United States mail, properly addressed and first class postage prepaid:

_____

COUNSEL OF RECORD:

Tom Radney, Esquire
Radney & Radney
Post Office Box 819
Alexander City, AL 35011-0819