**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LACRESHA CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-218-WKW |
| | ) | (WO) |
| OLD MUTUAL FINANCIAL NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Old Mutual Financial Life Insurance Company, (formerly known as
Fidelity and Guaranty Life Insurance Company), a Maryland Corporation

Old Mutual US Life Holdings, Inc., a Delaware Corporation

Respectfully submitted,

/s/ Forrest S. Latta
FORREST S. LATTA          (LAT008)
LERONNE RIDDICK-SEALS     (RID008)
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, AL 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
Attorneys for Defendant
Old Mutual Financial Network

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 21st day of March 2007, a copy of the foregoing pleading was served on all counsel of record by notice of electronic filing.

                                                    /s/ Forrest S. Latta

COUNSEL OF RECORD:

Tom Radney, Esquire
Radney & Radney
Post Office Box 819
Alexander City, AL  35011-0819

2