IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LACRESHA CALDWELL, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OLD MUTUAL FINANCIAL )<br>NETWORK, )<br>)<br>   Defendant. ) | Civil Action No.: 3:07 CV-00218-WKW |

## DEFENDANT'S MOTION TO TRANSFER VENUE[1]

Defendant OM FINANCIAL LIFE INSURANCE COMPANY ("Old Mutual") respectfully moves this Court pursuant to 28 U.S.C. § 1406(a) to transfer this action to the Southern District of Alabama, Southern Division on grounds that the Middle District is an improper venue for this case. For purposes of determining venue in this matter, the Middle District is neither the residence of Old Mutual, nor is it the *situs* any of the alleged events or omissions giving rise to this action. *See* 28 U.S.C. § 1391(a). In fact, all of the events giving rise to Plaintiff's Complaint occurred, if at all, in or around Summerdale, Alabama, not in the Middle District. Defendant submits a brief in further support of this Motion contemporaneously herewith.

WHEREFORE Defendants respectfully request this Court transfer venue to the Southern District of Alabama, Southern Division.

---

[1] Old Mutual has filed contemporaneously a Motion to Dismiss and/or Stay Pending Arbitration and Brief in support thereof. This venue motion is without waiver of Old Mutual's right to arbitration as set forth therein.

    Respectfully submitted,

/s *Forrest S. Latta*
FORREST S. LATTA   (LAT008)
fsl@bowronlatta.com
LERONNE RIDDICK-SEALS (RID008)
lrs@bowronlatta.com
Attorneys for Defendant
Old Mutual Financial Network

OF COUNSEL:

BOWRON LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616-6046
251.344.5151 (Voice)
251.344.9696 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have on the 21st day of March, 2007 electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas A. Radney, Esq.
    rrandb@webshoppe.net

    /s *Forrest S. Latta*
    OF COUNSEL