**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| LACRESHA CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:07 CV-00218-WKW |
| ) | |
| OLD MUTUAL FINANCIAL ) | |
| NETWORK, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS AND/OR STAY PENDING ARBITRATION**

COMES NOW the Defendant OM FINANCIAL LIFE INSURANCE COMPANY ("Old Mutual"), by and through the undersigned counsel of record, and moves this Court for an Order dismissing Plaintiff's claims against Old Mutual or, alternatively, staying these proceedings and compelling Plaintiff to submit its claims against Old Mutual to arbitration.  As grounds for this motion Old Mutual shows unto the Court the following:

1.   Plaintiff filed this action against Old Mutual on or about January 4, 2007 in the Circuit Court of Tallapoosa County, Alabama alleging refusal to pay benefits in the amount of $100,000 pursuant to an insurance policy issued by this Defendant and to which Plaintiff was a beneficiary. (*Complaint*.)

2.   The policy contains a provision by which the insured and their beneficiaries agree to submit any and all claims against Old Mutual to binding arbitration. (Policy attached as Exhibit B to Notice of Removal.)  The provision states as follows:

> **Arbitration**
> *Any controversy arising under this policy, or any amendments to or breach of this policy, will be determined and settled exclusively by final and binding arbitration* held in your county of residence unless another location is mutually agreed upon by both parties, in accordance with the arbitration rules and procedures of JAMS/ENDISPUTE or its successor. Arbitration proceedings shall commence within a fixed period of time following the first notification of one party by the other of their election to arbitrate a dispute regarding the policy. The arbitrators will be selected from JAMS/ENDISPUTE's panel of retired judges. All arbitration proceedings shall be paid by us, with the exception of the cost of representation of the policy owner. Should the arbitrator find that the dispute is without substantial justification, the arbitrator shall have the authority to order that the cost of the arbitration proceedings be paid by the policy owner. Any award rendered through arbitration will be final and binding on each and all parties involved, and judgment may be entered thereon in any court of competent jurisdiction.

(Ex. B, p. 23) (emphasis added).

3. Plaintiff has breached the contract in several ways, to include filing this lawsuit instead of requesting binding arbitration. Because the transaction affects interstate commerce, the Federal Arbitration Act is controlling, and this dispute must be compelled to arbitration. *Allied-Bruce Terminix Companies, Inc. v. Dobson,* 513 U.S. 265 (1995); *Central Reserve Life Ins. Co. v. Fox*, 869 So.2d 1124 (Ala. 2003) (insurance transaction between Alabama resident and Ohio-based insurance company substantially affected interstate commerce triggering arbitration under Federal Arbitration Act).

WHEREFORE, these premises considered, Defendant OM FINANCIAL LIFE INSURANCE COMPANY moves this Court for an Order staying this action and compelling Plaintiff to submit her claims against Old Mutual to arbitration, and granting to Old Mutual such other, further, or different relief to which it may be entitled.

        Respectfully submitted,

        */s Forrest S. Latta*
        FORREST S. LATTA    (LAT008)
        fsl@bowronlatta.com
        LERONNE RIDDICK-SEALS (RID008)
        lrs@bowronlatta.com
        Attorneys for Defendant
        Old Mutual Financial Network

OF COUNSEL:

BOWRON LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616-6046
251.344.5151 (Voice)
251.344.9696 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have on the 21st day of March, 2007 electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas A. Radney, Esq.
    rrandb@webshoppe.net

        */s Forrest S. Latta*
        OF COUNSEL