IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LACRESHA CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-218-WKW |
| | ) |
| OLD MUTUAL FINANCIAL NETWORK, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

On March 21, 2007, the Defendant filed its Motion to Change Venue (Doc. # 7) in this case. It is ORDERED that, **on or before April 9, 2007**, the Plaintiff shall show cause why the motion should not be granted.

DONE this 28th day of March, 2007.

                                                  /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE