**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| LACRESHA CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 03:07-cv-00218WKW |
| ) | |
| OLD MUTUAL FINANCIAL ) | |
| NETWORK, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO POSTPONE RULE 26(f) REQUIREMENTS**

Defendant OLD MUTUAL FINANCIAL NETWORK ("Old Mutual") through its undersigned counsel moves this Honorable Court to postpone the meeting of the parties and the filing of the "Report of Parties' Planning Meeting" until such time as the Defendant's Motion to Change Venue and Motion to Dismiss and/or Stay Pending Arbitration has been considered by the Court. In support of said motion, the Defendant would show unto the Court as follows:

1. Defendant filed a Motion to Change Venue on or about March 21, 2007, requesting this case be transferred to the Southern District of Alabama, Southern Division pursuant to 28 U.S.C. § 1406(a). All of the events giving rise to Plaintiff's Complaint, occurred in or around Summerdale, Alabama, located in the Southern District of Alabama, Southern Division.

2. Defendant also has filed a Motion to Dismiss and/or Stay Pending Arbitration, since all of the claims involve a life insurance contract issued by Old Mutual to which Plaintiff was both a party and a beneficiary. The policy contains a mandatory arbitration provision and all

of the requisite elements to enforce arbitration are present.  The arbitration language is clear, and the contract at issue affects interstate commerce.  As an additional insured, Plaintiff expressly agreed to submit to arbitration the claims now alleged in her lawsuit.

3. Any preliminary discovery activity such as imposed on the parties by Fed.R.Civ.Pro. Rule 26(f), requiring disclosure of witnesses and documents, effectively defeats the purpose and intent of the Arbitration provision.  Moreover, a different timetable and format is used by the Southern District of Alabama to which this case may be transferred.

4. Defendant respectfully requests the Rule 26(f) requirements be postponed until this Honorable Court has determined whether the case is proper for this Court.

        Respectfully submitted,

        */s Forrest S. Latta*
        FORREST S. LATTA   (LAT008)
        fsl@bowronlatta.com
        LERONNE RIDDICK-SEALS (RID008)
        lrs@bowronlatta.com
        **Attorneys for Defendant**
        **Old Mutual Financial Network**

OF COUNSEL:

BOWRON LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616-6046
251.344.5151 (Voice)
251.344.9696 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 2nd day of April, 2007, electronically filed a copy of the above and foregoing with the Clerk of Court using the CM/ECF System which will send notification of filing to each of the following:

Tom Radney, Esq.
RADNEY & RADNEY
Post Office Box 819
Alexander City, AL  35011-0819
**Attorney for Plaintiff**

                                            */s Forrest S. Latta*
                                            OF COUNSEL